# Exhibit 2

| US10653736B2 | Pain Relief Cream ("Accused Product") |
|---|---|
| 1. A topical formulation, consisting essentially of: | The accused product is a topical formulation (e.g., Pain Relief Cream).<br><br>As shown below, the accused product is a pain relief cream intended for topical application.<br><br><br><br>https://cbdclinic.co/clinical-strength-series/ |

| | |
|---|---|
| <br><br>https://www.dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=f0eb9a62-aa24-7ea6-e053-2a95a90a2e87 | |
| an extract of *Cannabis sativa* or *Cannabis indica;* | The accused product consists of an extract of a Cannabis sativa or Cannabis indica (e.g., Cannabis sativa L).<br><br>As shown below, the accused product is a cream formulation containing 900 mg of CBD, derived from the broad-spectrum hemp plant such as Cannabis sativa L. |

| | |
|---|---|
| | <br>https://www.dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=f0eb9a62-aa24-7ea6-e053-2a95a90a2e87 |
| at least one compound selected from the group consisting of menthol, resorcinol, | The accused product contains at least one compound selected from the group consisting of menthol, resorcinol, and phenol, present in an amount of at least 0.1 wt % in the topical formulation.<br><br>As shown below, the accused product contains 4% menthol as an active ingredient which is |

| | |
|---|---|
| and phenol, present in an amount of at least 0.1 wt % in the topical formulation, | more than 0.1 wt % in the topical formulation.<br><br><br><br>https://www.dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=f0eb9a62-aa24-7ea6-e053-2a95a90a2e87 |
| wherein a concentration of at least one component selected | The accused product has concentration of at least one component selected from the group consisting of tetrahydrocannabinol and cannabidiol in the topical formulation greater than 2 milligrams per kilogram. |

| | |
|---|---|
| from the group consisting of tetrahydrocannabinol and cannabidiol in the topical formulation is greater than 2 milligrams per kilogram, and | As shown below, the accused product contains 900 mg of cannabidiol (CBD) which is greater than 2 milligrams per kilogram. (Total weight of formulation is 200gm)  https://www.dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=f0eb9a62-aa24-7ea6-e053-2a95a90a2e87 |
| wherein the topical formulation is | The accused product is a topical formulation obtained by dispersing the extract of *Cannabis sativa* or *Cannabis indica* in a water-in-oil emulsion, an oil-in-water emulsion, a wax-in-oil |

| | |
|---|---|
| obtained by dispersing the extract of *Cannabis sativa* or *Cannabis indica* in a water-in-oil emulsion, an oil-in-water emulsion, a wax-in-oil base, or an oil-in-wax base. | base, or an oil-in-wax base.<br><br>The accused product is a topical cream formulation which contain extract from the broad-spectrum Hemp plant dispersed in a cream base.<br><br>The cream is an emulsion semisolid dosage form that contains >20% water and/or <50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle for external application to the skin. Hence, the accused product is obtained by dispersing the extract of broad-spectrum Hemp plant in oil-in-water or water-in-oil emulsion.<br><br> |

https://www.dailymed.nlm.nih.gov/dailymed/drugInfo.cfm?setid=f0eb9a62-aa24-7ea6-e053-2a95a90a2e87

Table 3
Suggested definitions of topical dosage forms

| Dosage form[a] | Definition | Formulation | Appearance and feel | Physical properties |
|---|---|---|---|---|
| Topical solution | A clear, homogeneous liquid[b] dosage form for external application to the skin | Usually contains an aqueous or alcoholic vehicle; though an oil may also serve as the vehicle. May contain a gelling agent to thicken the solution | Clear, thin | |
| Topical suspension | A liquid[b] dosage form, that consists of a solid suspended in a liquid vehicle in a two-phase system for external application to the skin | Usually contains an aqueous or alcoholic vehicle | Solid often settles with time, thus requiring shaking before use | |
| Lotion | An emulsion[c] liquid[b] dosage form for external application to the skin | Usually contains an aqueous vehicle and >50% water and volatiles[d] | Opaque, thin, non-greasy; tends to evaporate rapidly with a cooling sensation when rubbed onto the skin | Exhibits Newtonian or pseudoplastic flow behavior |
| Gel | A semisolid[e] dosage form that contains a gelling agent to provide stiffness to a solution or colloidal dispersion[f] for external application to the skin. A gel may contain suspended particles | Usually contains an aqueous or alcoholic vehicle and a gelling agent such as starch, cellulose derivatives, carbomers, magnesium–aluminum silicates, xanthan gum, colloidal silica, aluminum or zinc soaps[g] | Usually clear or translucent in a single-phase system; otherwise opaque in a two-phase system; thick, non-greasy; provides a cooling sensation when applied to the skin | Usually exhibits a single transition in TGA[h] corresponding to loss of the vehicle; does not flow at low shear stress and generally displays plastic flow behavior |
| Cream | An emulsion[c] semisolid[e] dosage form that contains >20% water and volatiles[d] and/or <50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle for external application to the skin | Contains >20% water and volatiles[d] and/or <50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle. There are two types of creams: an oil-in-water cream with water as the continuous phase and a water-in-oil cream with oil as the continuous phase | Opaque, viscous, non-greasy to mildly greasy; tends to mostly evaporate or be absorbed when rubbed onto the skin | Exhibits two or more transitions in TGA[h] indicative of at least a two-phase system; displays plastic flow behavior |
| Ointment | A suspension or emulsion semisolid[e] dosage form that contains <20% water and volatiles[d] and >50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle for external application to the skin | Contains <20% water and volatiles[d] and >50% of hydrocarbons, waxes, or polyethylene glycols as the vehicle | Opaque or translucent, viscous, greasy; tends not to evaporate or be absorbed when rubbed onto the skin | |
| Paste | A semisolid[e] dosage form that contains a large proportion (i.e., 20–50%) of solids finely dispersed in a fatty vehicle for external application to the skin | Contains a large proportion (20–50%) of dispersed solids in a fatty vehicle | Opaque, viscous, greasy to mildly greasy; adheres well to the skin, forming a protective layer | |

https://www.sciencedirect.com/science/article/abs/pii/S037851730500102X?via%3Dihub